# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    CV 16-04334-SS                                    Date: January 23, 2017
                                                                                                                                                          Page 1 of 1

Title:    Eduard Reitshtein v. Carolyn W. Colvin

DOCKET ENTRY:    ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE SANCTIONED FOR FAILING TO TIMELY FILE MEMORANDUM IN SUPPORT OF ANSWER

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):    ATTORNEYS PRESENT FOR DEFENDANT(S):

None Present                                                            None Present

**PROCEEDINGS: (IN CHAMBERS)**

      On December 14, 2016, Eduard Reitshtein (Plaintiff") filed a Memorandum in Support of Plaintiff's Complaint (the "Complaint Memo."). Pursuant to the Court's June 23, 2016 Order Re: Procedures in Social Security Appeal, Defendant was required to file a "Memorandum in Support of Defendant's Answer" by January 18, 2016. As of today, Defendant has not filed the required memorandum.

      Accordingly, Defendant is **ORDERED TO SHOW CAUSE**, within **ten (10) days** of the date of this Order, why he should not be sanctioned for failing to timely file a Memorandum in Support of Defendant's Answer. Plaintiff may discharge this Order by either filing a Memorandum in Support of Defendant's Answer, or a declaration, signed under penalty of perjury, establishing good cause as to why Defendant has been unable to file the required memorandum.

      The Clerk of the Court is directed to serve a copy of this Order on counsel for Plaintiff and counsel for Defendant.

MINUTES FORM 11
CIVIL-GEN                                                                                                    Initials of Deputy Clerk MR