**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARD REITSHTEIN, | Case No. CV 16-04334 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: May 31, 2017

/S/
SUZANNE H. SEGAL

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and is substituted for Acting Commissioner Carolyn W. Colvin in this case. See 42 U.S.C. § 205(g).

1 UNITED STATES MAGISTRATE JUDGE